msts

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
MAR 26 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:                                         ) Case Number: 01-26159-C-7
                                               )
    Hannah Frances Tweedt                      )
                                               )
                               Debtor(s)       )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. § 347(a), 28 U.S.C. § 2042, and the application of Dilks & Knopik, LLC, seeking payment of funds previously unclaimed by Peoples Bank in the above-entitled case. It appears from the application and supporting documentation that People's United Bank formerly known as Peoples Bank is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $5,225.48 from the Treasury Registry to:

> People's United Bank formerly known as Peoples Bank
> and Dilks & Knopik, LLC
> 35308 SE Center St
> Snoqualmie, WA 98065

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE